AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19MJ 304
THE PREMISES LOCATED AT 519 EAST MAIN )
STREET, APARTMENT 611, DURHAM, NORTH )
CAROLINA, 27701 )

FILED OCT 07 2019 Clerk, U.S. District Court Greensboro, NC

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:
THE PREMISES LOCATED AT 519 EAST MAIN STREET, APARTMENT 611, DURHAM, NORTH CAROLINA, 27701

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Fruits, evidence, and contraband of violations of 21 USC 841 and 846, as further described in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____September 28, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____L. Patrick Auld_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __09/14/19; 11:40 PM__    _____
*Judge's signature*

City and state: Greensboro, NC    L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19MJ 304 | Date and time warrant executed: 9/15/2019 @ 7:11 p.m. | Copy of warrant and inventory left with: Sandra McLendon |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

— see attached —

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2019

_Executing officer's signature_

Eric Nye  Special Agent FBI
_Printed name and title_

## ATTACHMENT A

### PREMISES TO BE SEARCHED:

The subject premises, 519 East Main Street, Apartment 611, Durham, North Carolina, is an apartment contained within a seven story apartment building. The building sits at the corner of East Main Street and North Dillard Street. The apartment is located on the sixth floor. After exiting the elevator on the sixth floor and walking down the breezeway (southbound towards the front of the building) and turning left down the hallway, the Subject Premises is the second apartment on the left.



13

## ATTACHMENT B

### ITEMS TO BE SEIZED:

Documents and items which provide evidence of violations of 21 U.S.C. §§ 841 and 846 in the form of the following:

a. Any and all Controlled Dangerous Substances, as defined by 21 U.S.C. § 812, and/or items containing CDS residue;

b. Cutting agents/adulterants commonly utilized in the preparation of narcotics;

c. Digital scales;

d. Baggies and other packaging paraphernalia;

e. Blenders and vacuum sealers/food savers;

f. Ledgers or notes associated with the sale of narcotics and collection of associated proceeds;

g. U.S. currency;

h. Jewelry and other valuable items;

i. Firearms, ammunition, and magazines;

j. Cellular telephones;

k. Documents indicating residency;

l. Safes or secured storage containers;

m. Pictures or other documents showing association with known conspirators; and

n. Laptop computers, smartphones, and digital storage devices.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 245D-CE-2183796-BULL

On (date) 09/15/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) MARKEYO MCLENDON

(Street Address) 519 E. MAIN ST, APT 611

(City) DURHAM, NC

Description of Item(s):

1. Miscellaneous documents addressed to McLendon
2. Three (3) coffee grinders
3. Markeyo McLendon NC ID card
4. Beretta model PX4 Storm, .40 cal pistol S/N PZ9119C loaded with (8) rounds
5. FNH, model Five-Seven, 5.7x28mm pistol, S/N 386274673, loaded with (20) rounds
6. Blue gun box
7. Extended magazine loaded with (30) 5.7x28mm rounds
8. Black gun box
9. Box of Nitrile latex gloves
10. Fifteen (15) Suboxone strips
11. Brown paper bag with marijuana, weighing 74.5 grams
12. Four (4) plastic baggies each containing heroin, weighing 106.1 grams
13. Coffee grinder with marijuana residue
14. Purple lunch box and blue plastic bag
15. Two (2) digital scales
16. Plastic bags (drug paraphernalia/packaging material)

Received By: _____ (Signature)

Printed Name/Title: _____

Received From: _____ (Signature)

Printed Name/Title: _____