UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH )
OF THE PREMISES LOCATED AT )
519 EAST MAIN STREET, ) Case No. 1:19MJ304
APARTMENT 611 )
DURHAM, NORTH CAROLINA 27701 )

ORDER

The United States having moved to seal the search warrant affidavit and the supplement to its motion in this case, and the Court being appraised of the reasons therefor, IT IS HEREBY ORDERED that the search warrant affidavit and the supplement to this motion be sealed until further order of the Court.

The Court has inherent authority to order the sealing of a search warrant affidavit. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the *ex parte* showing before the Court, the Court considers that the government has made a *prima facie* showing that justifies sealing the search warrant affidavit and the supplement to this motion.

L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

Date 10/08/19